**No. 56589.**—Julius Wile Sons & Co., Inc. *v.* United States, protests 632804–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.

**No. 56590.**—B. B. Dorf & Co., Inc., et al. *v.* United States, protests 636103–G, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiffs was sustained.

APRIL 24, 1952

**No. 56591.**—SUIT 4670.—J. Manheimer *v.* United States.——————————————Abstract 54967 affirmed February 18, 1952. C. A. D. 481.

BEFORE THE SECOND DIVISION, APRIL 29, 1952

**No. 56592.**—J. S. Staedtler, Inc., and Rohner, Gehrig & Co., Inc. *v.* United States, protest 165661–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 54854, the claim of the plaintiffs was sustained.